Argued January 16, affirmed January 30, 1978

In the Matter of the Marriage of
CURTIS, *Appellant,*
*and*
CURTIS, *Respondent.*
(No. 37743, CA 8923)
573 P2d 775

Charles W. Creighton, Jr., Salem, argued the cause for appellant. With him on the brief was C. W. King, Lincoln City.

James M. Gillis, Newport, argued the cause for respondent. With him on the brief was Litchfield, Macpherson & Carstens, Newport.

Before Schwab, Chief Judge, and Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *Starin and Starin,* 29 Or App 557, 564 P2d 748, *rev den* (1977); *Wirthlin and Wirthlin,* 19 Or App 256, 527 P2d 147 (1974). No costs to either party.